CAROL ANN MOSES #164193
Attorney at Law
510 East Coral Pte
Fresno, CA 93730
(559) 240-5456
carol@yosemitelawyer.com

Attorney for Defendant
ETHAN ANDREW EVANS TINDUKASIRI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-MJ-00117-SAB |
| --- | --- |
| Plaintiff, | 1:22-MJ-00114-SAB |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| ETHAN ANDREW EVANS TINDUKASIRI, | |
| Defendant. | DATE: July 21, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Erica Grossjean |

This case is set for a preliminary hearing on July 21, 2023. The parties agree and stipulate to continue the preliminary hearing until September 22, 2023, at 2:00 p.m. before the duty magistrate. Defense counsel has continued to be engaged in discussions and further investigation, and needs additional time to conclude that process. Additionally, the parties are engaged in discussions and investigation of issues related to a possible pre-indictment resolution, exploring issues related to the defendant's mental health, as well as consultation with or seeking consultation with experts. The defense has provided the government with a mental health assessment and the government retained an expert to help assess the case. There are complex factual and legal issues the parties are exploring, and believe that additional time to conclude that process will be productive in moving the case forward. Additionally Mr. Tindukasiri suffered a ruptured appendix requiring emergency surgery. While he is out of the hospital and at home recovering, he is unable to travel for several more weeks.

If the case is continued, this Court should designate a new date for the preliminary hearing. *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be

1  "specifically limited in time").

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on July 21, 2023.

2. By this stipulation, defendant now moves to continue the preliminary hearing until **September 22, 2023, at 2:00 p.m.** and to exclude time between July 21, 2023, and September 22, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties are discussing and conducting further investigation into pre-indictment matters, and need additional time to conclude.

   b) Counsel for defendant desires additional time to consult with her client, conduct further investigation, provide time for the government to assess information defense provided, and further discuss charges with the government.

   c) Counsel for defendant has received a report from an expert defense retained, and the parties need time to further discuss and evaluate that.

   d) The parties are engaged in discussions and investigation of issues related to the defendant's mental health, as well as consultation with or seeking consultation with experts

   e) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   f) The government does not object to the continuance.

   g) Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause". Here, the defendant consents and there is good cause as set forth herein.

   h) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial

within the original dates prescribed by the Speedy Trial Act.

    i)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of July 21, 2023 to September 22, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

IT IS SO STIPULATED.

Dated: July 17, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: June 17, 2023

/s/ CAROL ANN MOSES
CAROL ANN MOSES
Counsel for Defendant
ETHAN ANDREW EVANS
TINDUKASIRI

**FINDINGS AND ORDER**

The Preliminary Hearing in Case Numbers 1:22-mj-00117-SAB and 1:22-MJ-00114-SAB is continued to September 22, 2023, at 2:00 pm before the duty magistrate judge. IT IS SO ORDERED.

Dated: **July 17, 2023**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE