PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ETHAN ANDREW EVANS TINDUKASIRI,<br><br>Defendant. | CASE NO. 1:22-MJ-00117-SAB<br>1:22-MJ-00114-SAB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d), CONTINUANCE OF STATUS CONFERENCE, AND EXCLUSION OF TIME<br><br>DATE: December 1, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney KIMBERLY A. SANCHEZ, and defendant ETHAN ANDREW EVANS TINDUKASIRI, both individually and by and through his counsel of record, CAROL ANN MOSES, hereby stipulate as follows:

1. The Complaint in this case was filed on July 14, 2022, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on July 14, 2022. The court set a preliminary hearing date of July 28, 2022. ECF 3. That hearing was continued pursuant to a stipulation and request to continue it to August 16, 2022. ECF 14. The hearing was continued pursuant to a stipulation and request to continue it several more times: to November 18, 2022 (ECF 24), to January 6, 2023 (ECF 29), to March 30, 2023 (ECF 31), to May 19, 2023 (ECF 34), and then to December 1, 2023 (ECF 42).

STIPULATION                                        1

1      2.     By this stipulation, the parties jointly move for an extension of time of the preliminary

2  hearing date in case 1:22-mj-00117-SAB to January 26, 2024, at 2:00 p.m., before the duty Magistrate

3  Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.  The parties stipulate that the

4  delay is required to allow the defense reasonable time for preparation, and for the government's

5  continuing investigation of the case.  Specifically, both the Government and Defense have consulted

6  with forensic experts to discuss the defendant's mental health diagnoses and how they may impact the

7  charges. The parties have also reviewed extensive medical records and continue to have discussions

8  about a pre-indictment resolution in light of ongoing investigation.

9      3.     Additionally, the parties wish to engage in discussions regarding a pre-indictment

10 resolution.  The parties further agree that the interests of justice served by granting this continuance

11 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

12     4.     By this stipulation, the parties jointly move to continue the status conference on the

13 training misdemeanor case, 1:22-mj-00114-SAB, to January 26, 2024, at 2:00 p.m., before the duty

14 Magistrate Judge

15     5.     The parties agree that good cause exists for the extension of time, and that the extension

16 of time would not adversely affect the public interest in the prompt disposition of criminal cases.

17 Therefore, the parties request that the time between December 1, 2023, and January 26, 2024, be

18 excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

19     IT IS SO STIPULATED.

21 Dated:  November 28, 2023                                 PHILLIP A. TALBERT
22                                                               United States Attorney

23                                                                /s/ KIMBERLY A. SANCHEZ
24                                                                KIMBERLY A. SANCHEZ
                                                               Assistant United States Attorney

STIPULATION                                           2

Dated: November 28, 2023

/s/ CAROL ANN MOSES
CAROL ANN MOSES
Counsel for Defendant
ETHAN ANDREW EVANS
TINDUKASIRI

## ORDER

The Court hereby finds that the Stipulation, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and continuance of the status conference.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The Court sets a status conference in these matters for **December 1, 2023 at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe.** The Court will accept a Rule 43 waiver motion, filed in advance, for defendant's appearance at this status conference.

2. The date of the preliminary hearing in case 1:22-MJ-00117-SAB and 1:22-MJ-00114-SAB is extended to **January 26, 2024, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe.** The time between December 1, 2023, and January 26, 2024, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A). Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: **November 28, 2023**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION                                3