1  CAROL ANN MOSES #164193
   Attorney at Law
2  510 East Coral Pointe
   Fresno, CA 93730
3  (559) 240-5456

4  Email: carol@yosemitelawyer.com

5

6  Attorney for Defendant
   Ethan Andrew Evans Tindukasiri
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,           CASE NO.  1:22-MJ-00117-SAB
                                                 1:22-MJ-00114-SAB
12                      Plaintiff,
                                       RULE 43 WAIVER OF DEFENDANT'S
13            v.                       PRESENCE REQUEST; FINDINGS AND ORDER

14 ETHAN ANDREW EVANS TINDUKASIRI,     DATE: December 1, 2023
                                       TIME: 2:00 p.m.
15                      Defendant.     COURT: Hon. Barbara A. McAuliffe

16

17        This case was set for a preliminary hearing on December 1, 2023.  The parties agree and

18 stipulate to continue the preliminary hearing until January 26, 2024 at 2:00 p.m. before the duty

19 magistrate.  Defense counsel has continued to be engaged in discussions and further investigation, and

20 needs additional time to conclude that process.  Additionally, the parties are engaged in discussions and

21 investigation of issues related to a possible pre-indictment resolution, exploring issues related to the

22 defendant's mental health, as well as consultation with or seeking consultation with experts.  The

23 defense has provided the government with a mental health assessment and the government retained an

24 expert to help assess the case.  The government is in consultation with its expert, and needs additional

25 time to further consult with relevant parties.  There are complex factual and legal issues the parties are

26 exploring, and believe that additional time to conclude that process will be productive in moving the

27 case forward.

28        The Court agreed with the continued Preliminary Hearing to January 26, 2024. Additionally the

RULE 43 WAIVER OF DEFENDANT'S PERSONAL PRESENCE                         1

Court set a status conference for these two matters on December 1, 2023 at 2:00 pm. The Court further advised that it would accept a Rule 43 Waiver for Defendant's presence should it be filed in advance.

**Rule 43 Waiver of Defendant's Presence**

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, Ethan Andrew Evans Tindukasiri, hereby waives the right to be present in person in open court at the recently set Status Conference on December 1, 2023 at 2:00 pm.

Defendant hereby requests the Court to proceed during every absence of him which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without Defendant being present.

/s/ ETHAN ANDREW EVANS TINDUKASIRI
ETHAN ANDREW EVANS TINDUKASIRI, Defendent

Dated: September 20, 2023

/s/ CAROL ANN MOSES
CAROL ANN MOSES
Counsel for Defendant
ETHAN ANDREW EVANS TINDUKASIRI

**ORDER**

Pursuant to Rule 43, IT IS SO ORDERED that Defendant Ethan Andrew Evans Tindukasiri need not be personally present at the Status Conference on December 1, 2023 at 2:00pm.

IT IS SO ORDERED.

Dated:  **November 30, 2023**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

RULE 43 WAIVER OF DEFENDANT'S PERSONAL PRESENCE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RULE 43 WAIVER OF DEFENDANT'S PERSONAL PRESENCE                                   3