AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
MAR 18 2024
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. ~~[redacted]~~ |
| | ) 1:24-CR-24-JLT-SKO |
| Ethan Tindukasiri | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

   I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

   After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/18/24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Carol Ann Moses
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. Jennifer L. Thurston, United States District Judge
*Judge's printed name and title*