ERIC GRANT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ETHAN ANDREW EVANS TINDUKASIRI, <br><br> Defendant. | CASE NO. 1:24-CR-24-JLT-SKO <br><br> UNITED STATES' MOTION TO DISMISS; ORDER |

The United States of America, by and through Eric Grant, United States Attorney, and Arin C. Heinz, Assistant United States Attorney, hereby moves to dismiss Case No. 1:24-CR-24-JLT-SKO against ETHAN ANDREW EVANS TINDUKASIRI, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and the Deferred Prosecution Agreement. Dkt. 63. The Defendant complied with the terms of the Deferred Prosecution Agreement. Accordingly, consistent with the terms of the agreement, the Government now moves to dismiss Case No. 1:24-CR-24-JLT-SKO.

| | |
|---|---|
| Dated: September 22, 2025 | ERIC GRANT <br> United States Attorney <br><br> /s/ ARIN C. HEINZ <br> ARIN C. HEINZ <br> Assistant United States Attorney |

STIPULATION

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:24-CR-24-JLT-SKO against ETHAN ANDREW EVANS TINDUKASIRI be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **September 23, 2025**                               _____
                                                                                    UNITED STATES DISTRICT JUDGE